McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELETHEA DAVIS,<br><br>         Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>         Defendant. | CASE NO. **2:04-CV-02356-KJM**<br><br>STIPULATION AND ORDER<br>REMANDING THE CASE AND<br>DIRECTING THE CLERK TO ENTER<br>JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings, including a supplemental hearing and a new decision. On remand, the Appeals Council will do the following:

1.      Direct an Administrative Law Judge to consolidate the claimant's applications for disability insurance benefits filed August 19, 1999, August 23, 2001, and August 30, 2004, and the claimant's applications for supplemental security income, filed August 7, 2001 and August 30, 2004;

2.      Offer the claimant an opportunity for a hearing; and

3.      Issue a new decision to address the entire period at issue beginning June 11, 1999, and continuing, in accordance with the June 17, 2005 Remand Order of the District Court (Case No. 2:03-cv-01200-PAN).

1

1    It is further stipulated that the Clerk shall enter a separate judgment, as provided for

2    under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.</u>

3    <u>Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

4    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

5    stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

6    authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic

7    Case Filing password, pursuant to Local Rule 7-131.

8    DATED: October 7, 2005                    _/s/ David M. Shore_____
                                               David M. Shore
9
                                               Attorney for Plaintiff
10
     DATED: October 12, 2005                   McGREGOR W. SCOTT
11                                             United States Attorney

12
                                        By:  _/s/ Bobbie J. Montoya_____
13                                             BOBBIE J. MONTOYA
                                               Assistant U. S. Attorney
14
                                               Attorneys for Defendant
15
     OF COUNSEL:
16   LUCILLE GONZALES MEIS
     Chief Counsel, Region IX
17   DONNA W. ANDERSON
     Assistant Regional Counsel
18   United States Social Security Administration

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

1

## **<u>ORDER</u>**

2         This case is hereby remanded under sentence four of 42 U.S.C. 405(g)

3 for further proceedings consistent with the stipulation of the parties.  The prior

4 administrative decision is vacated and the Clerk of the Court is directed to enter

5 Judgment.

6         SO ORDERED.

7 DATED:  October 13, 2005.

8

9 _____
   **UNITED STATES MAGISTRATE JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3